[Cite as *10/10/2008 Case Announcements*, 2008-Ohio-5272.]

## MISCELLANEOUS DISMISSALS

**2008–1465.   State ex rel. Medcorp, Inc. v. Ryan.**
Franklin App. No. 06AP–1223, 2008-Ohio-2835. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due September 29, 2008, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,
    It is ordered by the court that this cause is dismissed sua sponte.

# CASE ANNOUNCEMENTS

*October 13, 2008*

[Cite as *10/13/2008 Case Announcements #2*, 2008-Ohio-5302.]

## MERIT DECISIONS WITHOUT OPINIONS

**2008–1985.   [State ex rel.] Cooey v. Kerns**
In Mandamus. On relator's complaint for a writ of mandamus and respondent's answer. On S.Ct.Prac.R. X(5) determination, cause dismissed. Motion for stay of execution scheduled for October 14, 2008, is denied.
    MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, and CUPP, JJ., concur. O'CONNOR, J., not participating.

# CASE ANNOUNCEMENTS

*October 14, 2008*

[Cite as *10/14/2008 Case Announcements*, 2008-Ohio-5301.]

## MOTION AND PROCEDURAL RULINGS

**2008–0709.   Realty Income Corp. v. Lake Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2006–M–786 and 2006–M–787. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the parties' joint motion to remand this cause to the Board of Tax Appeals,
    It is ordered by the court that the motion is granted and this cause is remanded to the Board of Tax Appeals to implement the settlement agreement of the parties.